An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NURSECORE MANAGEMENT
SERVICES, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KERRY LOUISE EARLEY, DISTRICT
JUDGE,
Respondents,
and
STEPHANIE MALONE; KORD T.
STREBEL, M.D.; KORD T. STREBEL,
LLC, D/B/A DR. KORD T. STREBEL,
M.D.; VALLEY HEALTH SYSTEM, LLC,
D/B/A VALLEY HOSPITAL MEDICAL
CENTER,
Real Parties in Interest.

No. 67993

FILED

JUN 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

Having considered the petition and supporting documents in this original proceeding challenging an order denying a motion for summary judgment on statute of limitations grounds, we decline to intervene at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280,

15-17819

281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying motions for summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Kerry Louise Earley, District Judge
Carroll, Kelly, Trotter, Franzen, & McKenna
Benson & Bingham
Hutchison & Steffen, LLC
Hall Prangle & Schoonveld, LLC/Las Vegas
Eighth District Court Clerk